| | |
|---|---|
| 1 | PACIFIC TRIAL ATTORNEYS |
| 2 | A Professional Corporation<br>Scott J. Ferrell, Bar No. 202091 |
| 3 | sferrell@pacifictrialattorneys.com<br>Victoria C. Knowles, Bar No. 277231 |
| 4 | vknowles@pacifictrialattorneys.com |
| 5 | 4100 Newport Place, Ste. 800<br>Newport Beach, CA 92660 |
| 6 | Tel: (949) 706-6464<br>Fax: (949) 706-6469 |
| 7 | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEN EPPS, an individual, | Case No. 2:16-cv-08223-DMG-JC |
| Plaintiff, | **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | Filed: November 4, 2016 |
| OFFICE DEPOT, INC., a Delaware corporation; and DOES 1 – 10, Inclusive, | |
| Defendants. | |

NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

TO THE COURT AND ALL PARTIES:

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JALEN EPPS hereby dismisses her complaint in the action with prejudice.  Defendant Office Depot, Inc. has not responded to the complaint nor moved for summary judgment.  Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated:  January 20, 2017        PACIFIC TRIAL ATTORNEYS, APC

                                     By: */s/ Scott J. Ferrell*
                                     Scott J. Ferrell
                                     Attorney for Plaintiff

- 1 -
NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2017, I electronically filed the foregoing **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell